# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

FILED
ASHEVILLE, N.C.
OCT 02 2019
U.S. DISTRICT COURT
W. DIST. OF N.C.

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Residence of Billy Joe Hurley<br>535 Lands Creek Rd, Bryson City, North Carolina | ) ) ) ) ) ) Case No. 1:19 mj 87 |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Western_____ District of _____North Carolina_____
*(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B

**YOU ARE COMMANDED** to execute this warrant on or before _____10/11/2019_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____W. Carleton Metcalf_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 9/27/2019 2:45 pm          _____
                                                    *Judge's signature*

City and state: Asheville, North Carolina          W. Carleton Metcalf, United States Magistrate Judge
                                                    *Printed name and title*

| Return | | |
|---|---|---|
| Case No.: 201900000117 | Date and time warrant executed: 10/01/2019 1600 hours | Copy of warrant and inventory left with: Billy Hurley |
| Inventory made in the presence of : M. Litty | | |

Inventory of the property taken and name of any person(s) seized:

1 Ginseng root - Top shelf next to front door
1 Green backpack with florecent marker - inside beam
1 Green/Grey backpack with florecent marker - inside beam
1 Black backpack with florecent marker - inside shelf
1 Homemade metal hook with masking tape - on bed
1 Bag of ginseng roots - Top of bookshelf

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*